*liam H. Fryer* for petitioners. *Acting Solicitor General Stern* and *Beatrice Rosenberg* for the United States.

No. 765.  UNITED STATES *v.* DEBROW;
No. 766.  UNITED STATES *v.* WILKINSON;
No. 767.  UNITED STATES *v.* BRASHIER;
No. 768.  UNITED STATES *v.* ROGERS; and
No. 769.  UNITED STATES *v.* JACKSON.  C. A. 5th Cir. Certiorari granted. *Acting Solicitor General Stern* for the United States.  *W. S. Henley, R. W. Thompson, Jr., Albert Sidney Johnston, Jr., Ben F. Cameron, W. W. Dent* and *T. J. Wills* for respondents.

No. 773.  GARNER ET AL., TRADING AS CENTRAL STORAGE & TRANSFER CO., *v.* TEAMSTERS, CHAUFFEURS, AND HELPERS LOCAL UNION No. 776 (A. F. L.) ET AL. Supreme Court of Pennsylvania, Middle District.  Certiorari granted. *James H. Booser* for petitioners.

No. 777.  DICKINSON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari granted. *Hayden C. Covington* for petitioner.  *Acting Solicitor General Stern, Beatrice Rosenberg* and *Carl Imlay* for the United States.

No. 784.  NEVADA AND NEW YORK *v.* STACHER.  Seventh Judicial District Court in and for the County of White Pine, Nevada.  Certiorari granted. *William T. Matthews,* Attorney General, and *Jack Streeter* and *George M. Dickerson,* Special Assistant Attorneys General, for the State of Nevada, and *Nathaniel L. Goldstein,* Attorney General, *Wendell P. Brown,* Solicitor General,